**Order entered December 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01429-CV

### IN THE MATTER OF G.O., A JUVENILE

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-70001-2019

## ORDER

A corrected clerk's record was filed in this appeal on November 27, 2019.  To avoid confusion, we **STRIKE** the clerk's record filed November 26, 2019.

Appellant's brief remains due December 23, 2019.

/s/     KEN MOLBERG
           JUSTICE